UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JORDAN HALL,

                      Plaintiff,

      -against-

UNIVISION COMMUNICATIONS INC.,

                      Defendant.

-----------------------------------------------------------------x

25-CV-06089 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Friday, November 14, 2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **November 14, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               October 31, 2025

                                                              _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge