UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JORDAN HALL,

                                 Plaintiff,

        -against-

UNIVISION COMMUNICATIONS INC.,

                                Defendant.

------------------------------------------------------------------x

25-CV-06089 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to refile their case management plan at ECF No. 17 with a case management plan that has been signed by both parties.

      **SO ORDERED.**

DATED:    New York, New York
               November 17, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge