USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/5/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **JORDAN HALL,**<br><br>                    **Plaintiffs,**<br><br>         -against-<br><br>**UNIVERSAL COMMUNICATIONS, INC.,**<br><br>                    **Defendant.** | **1:25-cv-06089 (ALC)**<br><br>**ORDER OF**<br>**DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within thirty days.

**SO ORDERED.**

Dated:     December 5, 2025
           New York, New York

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**